

## RECONSIDERATION OF PRIOR DECISIONS

**2014–0038. State v. Lintz.**
Lake App. No. 2013–L–066, 2013-Ohio-4847. Reported at 138 Ohio St.3d 1468, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

**2014–0055. In re C.O.**
Cuyahoga App. Nos. 99334 and 99335, 2013-Ohio-5239. Reported at 138 Ohio St.3d 1469, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2014–0056. O'Malley v. O'Malley.**
Cuyahoga App. No. 98708, 2013-Ohio-5238. Reported at 138 Ohio St.3d 1469, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

FRENCH, J., dissents and would grant the motion for reconsideration as to Proposition of Law No. II.

O'NEILL, J., dissents.

**2014–0060. State v. Dukles.**
Medina App. No. 12CA0100–M, 2013-Ohio-5263. Reported at 138 Ohio St.3d 1469, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

**2014–0088. Salmons v. Jones.**
Lawrence App. No. 13CA11, 2013-Ohio-5417. Reported at 138 Ohio St.3d 1470, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

**2014–0092. Crenshaw v. Integrity Realty Group, L.L.C.**
Cuyahoga App. No. 100031, 2013-Ohio-5593. Reported at 138 Ohio St.3d 1470, 2014-Ohio-1674, 6 N.E.3d 1205. On motion for reconsideration. Motion denied.

**2014–0099. State ex rel. Verhovec v. Marietta.**
Washington App. Nos. 11CA29, 12CA52, 12CA53, 13CA1, and 13CA2, 2013-Ohio-5414. Reported at 138 Ohio St.3d 1470, 2014-Ohio-1674, 6 N.E.3d 1206. On motion for reconsideration. Motion denied.

O'DONNELL, J., dissents.

**2014–0100. State ex rel. Verhovec v. Marietta.**
Washington App. No. 12CA32, 2013-Ohio-5415. Reported at 138 Ohio St.3d 1470, 2014-Ohio-1674, 6 N.E.3d 1206. On motion for reconsideration. Motion denied.

## CASE ANNOUNCEMENTS

*June 25, 2014*

[Cite as *06/25/2014 Case Announcements #2*, 2014-Ohio-2726.]